RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Cody Douglas Swain

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CODY DOUGLAS SWAIN,<br><br>    Defendant. | Case No. 2:20-cr-00125-GMN-EJY<br><br>**STIPULATION TO ADVANCE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Cody Douglas Swain, that the Sentencing Hearing currently scheduled on October 25, 2022, at 10:00 a.m., be vacated and advanced to October 11, 2022.

This Stipulation is entered into for the following reasons:

1.   Under the plea agreement, the parties will jointly recommend a sentence of 13 months at sentencing.  To avoid Mr. Swain from possibly overserving the recommended sentence, the parties seek to advance the hearing.

2.   The defendant is in custody and agrees with the advancement.

3. The parties agree to the continuance.

This is the first request to advance the Sentencing hearing.

DATED this 27th day of July 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| | |
|    */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender |    */s/ Supriya Prasad*<br>By_____<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CODY DOUGLAS SWAIN,<br><br>　　　　Defendant. | Case No. 2:20-cr-00125-GMN-EJY<br><br>**ORDER** |

　　　Based on the pending Stipulation of counsel, and good cause appearing,

　　　IT IS ORDERED that the Sentencing hearing currently scheduled for Tuesday, October 25, 2022 at 10:00 a.m., be vacated and advanced to October 11, 2022 at the hour of 10:00 a.m.

　　　DATED this  27  day of July 2022.

_____
UNITED STATES DISTRICT JUDGE