RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Cody Douglas Swain

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CODY DOUGLAS SWAIN,<br><br>  Defendant. | Case No. 2:20-cr-00125-GMN-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Cody Douglas Swain, that the Revocation Hearing currently scheduled on January 31, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant requires additional time to review the discovery and attempt to negotiate a resolution of this matter.

2. Counsel for the defendant plans to be out of the district on the date currently scheduled for the revocation hearing.

3. Mr. Swain is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for a continuance of the revocation hearing.

DATED this 23rd day of January, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Supriya Prasad*<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CODY DOUGLAS SWAIN,<br><br>    Defendant. | Case No. 2:20-cr-00125-GMN-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 31, 2024 at 11:00 a.m., be vacated and continued to April 16, 2024 at the hour of 11:00 a.m.

DATED this 25 day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE