Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Cody Swain

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Cody Swain,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00125-GMN-EJY<br><br>**Order Consolidating Proceedings Related to Alleged Violation of Supervised Release Conditions** |

　　The parties filed a joint motion to consolidate proceedings related to alleged violation of supervised release conditions in three cases including this one. ECF No. 64, *United States v. Swain*, Case No. 2:13-cr-00444-KJD-VCF (D. Nev. Feb. 13, 2024); ECF No. 46, *United States v. Swain*, Case No. 2:19-cr-00044-APG-VCF (D. Nev. Feb. 13, 2024); ECF No. 73, *United States v. Swain*, Case No. 2:20-cr-00125-GMN-EJY (D. Nev. Feb. 13, 2024).

　　In Case No. 2:13-cr-00444-KJD-VCF, Judge Dawson entered a minute order agreeing that the proceedings should be consolidated before him and directed the parties to file a proposed order in each case stating that the proceedings will be consolidated under Judge Dawson. ECF No. 65, Case No. 2:13-cr-00444-KJD-VCF.

IT IS THEREFORE ORDERED that, good cause appearing, the joint motion to consolidate proceedings related to alleged violation of supervised release conditions (ECF No. 73) is granted.

IT IS FURTHER ORDERED that the proceedings related to Mr. Swain's alleged violation of supervised release conditions are consolidated before Judge Dawson and that all further filings and proceedings will take place in Case No. 2:13-cr-00444-KJD-VCF.

IT IS FURTHER ORDERED that the hearing regarding revocation of supervised release set for April 16, 2024, at 11:00 AM is vacated.

DATED this __19__ day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE