Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Cody Swain

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Cody Swain,<br><br>　　　　　Defendant. | Case No. 2:13-cr-00444-KJD-VCF<br><br>**Proposed Order Consolidating Proceedings Related to Alleged Violation of Supervised Release Conditions** |

The Court has reviewed the parties' joint motion to consolidate proceedings (ECF No. 64) and finds good cause to grant the motion.

IT IS THEREFORE ORDERED that the joint motion to consolidate proceedings related to alleged violation of supervised release conditions (ECF No. 64) is granted.

IT IS FURTHER ORDERED that the proceedings related to Mr. Swain's alleged violation of supervised release conditions are consolidated before Judge Dawson and that all further filings and proceedings will take place in Case No. 2:13-cr-00444-KJD-VCF.

DATED this 16th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

2